RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Jose Manuel Robles

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE MANUEL ROBLES,<br><br>           Defendant. | Case No. 2:22-cr-00154-APG-BNW-1<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jose Manuel Robles, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including December 22, 2022, within which to file the Defendant's pretrial motions currently due October 23, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 5, 2023, to file any and all responsive pleadings, currently due November 6, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 12, 2023, to file any and all replies to dispositive motions, currently due November 13, 2022.

The Stipulation is entered into for the following reasons:

1. Since the last stipulation was filed the government produced discovery, and discovery was reviewed by defense counsel.

2. Defense counsel needs additional time to thoroughly review discovery materials and discuss this case with Mr. Robles.

3. Defense counsel needs additional time to conduct additional investigation, if necessary.

4. Mr. Robles is in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue filed herein.

DATED this 21st day of October 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Jacquelyn N. Witt<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | /s/ Robert Knief<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE MANUEL ROBLES,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00154-APG-BNW-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Since the last stipulation was filed the government produced discovery, and discovery was reviewed by defense counsel.

2. Defense counsel needs additional time to thoroughly review discovery materials and discuss this case with Mr. Robles.

3. Defense counsel needs additional time to conduct additional investigation, if necessary.

4. Mr. Robles is in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including December 22, 2022 within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 5, 2023 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 12, 2023 to file any and all replies to dispositive motions.

DATED this __24th__ day of October 2022.

_____
UNITED STATES DISTRICT JUDGE