RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Jose Manuel Robles

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00154-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** (First Request) |
| v. | |
| JOSE MANUEL ROBLES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jose Manuel Robles, that the Change of Plea Hearing currently scheduled on December 21, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      United States Marshal Officer Michael Desch advised that Mr. Robles has been transported to the hospital for a serious medical condition and will not be available for the hearing as currently scheduled.

2.      Mr. Robles is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 20th day of December, 2022.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                          United States Attorney


By /s/ Jacquelyn N. Witt                          By /s/ Robert Knief
JACQUELYN N. WITT                          ROBERT KNIEF
Assistant Federal Public Defender                 Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOSE MANUEL ROBLES,<br><br>                Defendant. | Case No. 2:22-cr-00154-APG-BNW<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, December 21, 2022 at 9:30 a.m., be vacated and continued to January 4, 2023 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

      DATED this 21st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE