RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Jose Manuel Robles

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE MANUEL ROBLES,<br><br>                    Defendant. | Case No. 2:22-cr-00154-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jose Manuel Robles, that the Sentencing Hearing currently scheduled on May 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to receive mitigating documentation in preparation for the sentencing hearing.

2.    Upon information and belief, a medical procedure was recommended for Mr. Robles and a continuance would allow an opportunity for the treatment plan to be implemented prior to sentencing.

3.    Mr. Robles is in custody and agrees with the need for the continuance.

4.    The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing. DATED this 27th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00154-APG-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSE MANUEL ROBLES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 3, 2023 at 9:30 a.m., be vacated and continued to July 6, 2023 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 27th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE