# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>JOSE MANUEL ROBLES,<br><br>　　Defendant | Case No.: 2:22-cr-00154-APG-BNW<br><br>**Order Granting in Part Motion to Seal**<br><br>[ECF No. 34] |

　　Jose Robles moves for permission to file his sentencing memorandum and supporting exhibits under seal because they reference confidential medical information. ECF No. 34. I agree that Exhibit A to the memorandum should be kept under seal as it contains Mr. Robles' medical records. However, very little of the memorandum references medical issues, so it should not be sealed in its entirety. And Exhibit B is a publicly filed state court order, so there is no need to seal that.

　　I THEREFORE ORDER that Mr. Robles' motion to seal **(ECF No. 34) is granted in part**. The documents filed at ECF No. 35 will remain under seal. By July 13, 2023, Mr. Robles will file unsealed versions of the memorandum and Exhibit B, but he may redact from the memorandum references to his medical condition.

　　DATED this 3rd day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE