RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Jose Manuel Robles

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00154-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JOSE MANUEL ROBLES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jose Manuel Robles, that the Revocation Hearing currently scheduled on April 1, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Four out of the seven alleged violations in the petition stem from a pending state case. That case is scheduled to be heard May 4, 2026.

2.    Counsel for the defendant needs additional time to investigate that matter and the violations in the instant matter.

3.    Counsel for the defendant also needs additional time to prepare for the revocation hearing and engage in negotiations with the government for a potential resolution.

4.    The defendant is not in custody and agrees with the need for the continuance.

5.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 26th day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By /s/ Dawn A. Penn
DAWN A. PENN
Assistant Federal Public Defender

By /s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00154-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE MANUEL ROBLES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 1, 2026 at 9:30 a.m., be vacated and continued to May 14, 2026 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 27th day of March, 2026.

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

3